```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/2/2020__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
**KIRAN VUPPALA,**                                          :
                                                            :
                              **Plaintiff,**                :
                                                            :       **1:20-cv-6808 (ALC)**
         -against-                                          :
                                                            :       **ORDER**
**535 HUDSON REALTY LLC,** *a New York*                     :
*limited liability company*,                                :
                                                            :
                              **Defendant.**                :
                                                            :
------------------------------------------------------------- :
                                                            x

**ANDREW L. CARTER, JR., District Judge:**

    Defendant failed to appear at the scheduled telephone status conference on December 2, 2020 at 2:30 p.m. ECF No. 9. The Parties are hereby ORDERED to appear at a rescheduled status conference on **December 9, 2020 at 2:30 p.m.** The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated: December 2, 2020
       New York, New York

                                                   _____
                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**