USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/8/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRAN VUPPALA,<br><br>                              **Plaintiff,**<br><br>-against-<br><br>**535 HUDSON REALTY LLC,** *a New York limited liability company*,<br><br>                              **Defendant.** | 20-cv-06808 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

The pre-motion conference scheduled for December 9, 2020 is also hereby adjourned.

**SO ORDERED.**

Dated:   **December 8, 2020**
          **New York, New York**

                                                      _____
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**